FILE COPY



**COURT OF CRIMINAL APPEALS**
P.O. BOX 12308, CAPITOL STATION
AUSTIN, TEXAS 78711

**SHARON KELLER**
PRESIDING JUDGE

**LAWRENCE MEYERS**
**TOM PRICE**
**PAUL WOMACK**
**CHERYL JOHNSON**
**MIKE KEASLER**
**BARBARA P. HERVEY**
**CATHY COCHRAN**
**ELSA ALCALA**
JUDGES

**ABEL ACOSTA**
CLERK
(512) 463-1551

**SIAN SCHILHAB**
GENERAL COUNSEL
(512) 463-1600

Friday, October 10, 2014

District Attorney Hale County
Wally Hatch
225 Broadway, Suite 1
Plainview, TX 79072
* DELIVERED VIA E-MAIL *

James B. Johnston
PO Box 273
Hereford, TX 79045-0273
* DELIVERED VIA E-MAIL *

7th Court Of Appeals Clerk
Peggy Culp
Potter County Courts Building, Suite 2A
P.O. BOX 9540
Amarillo, TX 79101
* DELIVERED VIA E-MAIL *

Stacey Goldstein
State Prosecuting Attorney
P.O. Box 13046
Austin, TX 78711
* DELIVERED VIA E-MAIL *

**Re:** REEVES, FRANK EDWARD
**CCA No.** PD-1048-14
**Trial Court Case No.** B19435-1304

**COA No.** 07-13-00324-CR

The Court has this day issued an order for the above referenced cause.

Sincerely,

Abel Acosta, Clerk